FILED
9/8/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

1:26-cr-00480
Judge Sharon Johnson Coleman
Magistrate Judge M. David Weisman
Random/Cat 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTWON V. HARRISON, also known as "James Walton" | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about August 29, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTWON V. HARRISON,
also known as "James Walton,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting foreign commerce, a firearm, namely, a loaded Glock, Model 43, 9 caliber pistol, bearing serial number 12977LAV, which firearm had traveled in foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock, Model 43, 9 caliber pistol, bearing serial number 12977LAV, and associated ammunition.

A TRUE BILL:

______________________________
FOREPERSON

______________________________
ANDREW S. BOUTROS
UNITED STATES ATTORNEY